### 28043. WILKEY v. MAYNARD.

*Grace W. Thomas,* for appellant.
*Arthur K. Bolton, Attorney General,* for appellee.

### 28069. KENT v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*
Decided September 6, 1973.

Leonard F. Kent, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

### 28098. STEELE v. SMITH et al.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*
Decided September 6, 1973.

Stanley Steele, *pro se.*
*Joseph B. Duke, District Attorney, Arthur K. Bolton, Attorney General,* for appellees.

### 28101. FARMER v. MARTIN.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*
Decided September 6, 1973.